# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEPHEN KOSLOW, et al.,

                Plaintiff(s),

vs.

NARCONON FRESH START, et al.,

                Defendant(s).

Case No. 2:14-cv-01588-JCM-NJK

ORDER DENYING MOTION TO STAY

(Docket No. 12)

      Pending before the Court is Plaintiffs' motion to stay. Docket No. 12. Defendants filed a response in opposition and Plaintiffs filed a reply. Docket Nos. 14, 15. The Court finds this motion properly decided without oral argument. *See* Local Rule 78-2. Plaintiffs' reply indicates that they agree that discovery in this case should not be stayed. *See* Docket No. 15 at 1. At this stage in the case, it does not appear that there are any other proceedings to be stayed. *See, e.g.*, Docket No. 14 at 6. Accordingly, the motion to stay is hereby **DENIED** as premature.

      IT IS SO ORDERED.

      DATED: November 17, 2014

                                            _____
                                            NANCY J. KOPPE
                                            United States Magistrate Judge