DAVID AVAKIAN
Nevada Bar No. 9502
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
David.Avakian@lewisbrisbois.com
*Attorneys for Defendant*
*NARCONON FRESH START DBA*
*RAINBOW CANYON RETREAT ("FRESH START")*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN KOSLOW, a New Mexico Citizen; and SARA KOSLOW, a New Mexico Citizen; and DONNA KOSLOW, a New Mexico Citizen, <br><br> Plaintiffs, <br><br> v. <br><br> NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT; ASSOCIATION FOR A BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL; NARCONON WESTERN UNITED STATES and DOES 1-100, ROE Corporations I-X, inclusive, <br><br> Defendants. | CASE NO. 2:14-cv-01588-JCM-NJK |

### NOTICE OF GLOBAL SETTLEMENT

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

COMES NOW Defendant NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT ("FRESH START"), and hereby gives notice to this Honorable

///

///

4839-4922-9865.1

Court that the Parties have reached a global settlement agreement in the above-captioned matter.

DATED this 30th day of September, 2015.

             Respectfully submitted,

             LEWIS BRISBOIS BISGAARD & SMITH LLP

             By:  /s/ David B. Avakian
             David Avakian, NV Bar 9502
             6385 S. Rainbow Boulevard, Suite 600
             Las Vegas, Nevada 89118
             *Attorneys for Defendant*
             *NARCONON FRESH START DBA RAINBOW CANYON RETREAT ("FRESH START")*

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 30th day of September, 2015, I did cause a true copy of the foregoing **NOTICE OF GLOBAL SETTLEMENT** to be served via the Court's e-filing as follows:

| | |
|---|---|
| Ryan Andrew Hamilton<br>HAMILTON LAW, LLC<br>5125 S. Durango Dr., Ste. C<br>Las Vegas, NV 89113<br>Tel: 702.818.1818<br>Fax: 702.974.1139<br>notices@hamlegal.com<br>*Attorneys for Plaintiffs* | Robert Cary McBride<br>CARROLL, KELLY, FRANZEN,<br>McKENNA & PEABODY<br>8329 W. Sunset Rd. #260<br>Las Vegas, NV 89113<br>Tel: 702.792.5855<br>Fax: 702.796.5855<br>rcmcbride@cktfmlaw.com<br>*Attorneys for Defendants Narconon Fresh Start, Association for Better Living and Education International, Narconon International, Narconon Western United States* |
| William H. Forman<br>SCHEPER KIM & HARRIS LLP<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>Tel: 213.613.4655<br>wforman@scheperkim.com<br>*Attorneys for Defendant Narconon Fresh Start dba Rainbow Canyon Retreat* | Robert C. Baker<br>BAKER, KEENER & NAHRA, LLP<br>633 West 5th Street, Suite 5500<br>Los Angeles, CA 90071<br>Tel: 213.241.0900<br>rbaker@bknlawyers.com<br>*Attorneys for Defendants Association for Better Living and Education International, Narconon International, Narconon Western United States* |

By    /s/ Susan Kingsbury
      An Employee of
      LEWIS BRISBOIS BISGAARD & SMITH LLP