# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN KOSLOW, et al., ) | |
| ) | Case No. 2:14-cv-01588-JCM-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| NARCONON FRESH START, et al., ) | (Docket No. 39) |
| ) | |
| Defendant(s). ) | |

Pending before the Court is Defendants' motion to compel. Docket No. 39. In light of the parties' notice of global settlement, Docket No. 42, the motion to compel is hereby DENIED without prejudice.

IT IS SO ORDERED.

DATED: September 30, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge