JOSH COLE AICKLEN
Nevada Bar No. 007254
   E-Mail: Josh.Aicklen@lewisbrisbois.com
DAVID B. AVAKIAN
Nevada Bar No. 009502
   E-Mail: David.Avakian@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant sued as
NARCONON FRESH START d/b/a
RAINBOW CANYON RETREAT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN KOSLOW, a New Mexico Citizen; and SARA KOSLOW, a New Mexico Citizen; and DONNA KOSLOW, a New Mexico Citizen,<br><br>Plaintiffs,<br><br>v.<br><br>NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT; ASSOCIATION FOR A BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL; NARCONON WESTERN UNITED STATES and DOES 1-100, ROE Corporations I-X, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-01588-JCM-NJK |

**STIPULATION AND ORDER DISMISSING PLAINTIFFS' COMPLAINT IN ITS ENTIRETY WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** that Plaintiffs STEPHEN KOSLOW, SARA KOSLOW and DONNA KOSLOW's Complaint, all amendments thereto, and all related claims in the above-entitled action against Defendants, NARCONON FRESH

4818-9179-8825.1

1. START d/b/a RAINBOW CANYON RETREAT, ASSOCIATION FOR BETTER LIVING
2. AND EDUCATION INTERNATIONAL, NARCONON INTERNATIONAL and NARCONON
3. WESTERN UNITED STATES are hereby dismissed with prejudice, with each party to
4. bear their own attorneys' fees and costs.
5. DATED this 19th day of ~~October~~ November, 2015.   DATED this 19th day of ~~October~~ November, 2015

6. HAMILTON LAW   LEWIS BRISBOIS BISGAARD & SMITH LLP

8. By _____   By _____
9. Ryan A. Hamilton   JOSH COLE AICKLEN
   Nevada Bar No. 011587   Nevada Bar No. 007254
10. 5125 S. Durango, Suite C   DAVID B. AVAKIAN
    Las Vegas, NV 89113   Nevada Bar No. 009502
11. Attorneys for Plaintiffs STEPHEN   6385 S. Rainbow Boulevard, Suite 600
    KOSLOW, SARA KOSLOW and   Las Vegas, Nevada 89118
12. DONNA KOSLOW   Attorneys for Defendant
                    NARCONON FRESH START d/b/a
13.                 RAINBOW CANYON RETREAT

15. DATED this 19 day of October, 2015.

16. BAKER KEENER & NAHRA, LLP

17. By _____
18. Robert C. Baker
    California Bar No. 49255
19. 633 West 5th Street, Ste. 5500
    Los Angeles, CA 90071
20. Attorneys for Defendants
    ASSOCIATION FOR BETTER LIVING
21. AND EDUCATION INTERNATIONAL,
    NARCONON INTERNATIONAL,
22. NARCONON WESTERN UNITED
23. STATES

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, by and through their respective counsel of record,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Complaint and any and all related claims in the above-entitled action against Defendants NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, NARCONON INTERNATIONAL and NARCONON WESTERN UNITED STATES are hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

DATED November 24, 2015.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

Dated the 19th day of November, 2015

By _____
JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendant
NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT